AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-MJ-00032 |
| WILLIAM JOSEPH PEPE | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assigned Date: 1/11/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |

This criminal complaint is based on these facts:

See attached Statement of Facts

☑ Continued on the attached sheet.

*Complainant's signature*

Paul J. Fisher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/11/2021

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*