AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>WILLIAM JOSEPH PEPE<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:21-MJ-00032**<br>**Assigned to: Judge Zia M. Faruqui**<br>**Assigned Date: 1/11/2021**<br>**Description: COMPLAINT W/ARREST WARRANT** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WILLIAM JOSEPH PEPE ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date:     01/11/2021

*Issuing officer's signature*

Zia M. Faruqui
2021.01.11 16:06:33
-05'00'

City and state:     Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/13/2021 , and the person was arrested on *(date)* 01/12/2021 at *(city and state)* White Plains, NY .<br><br>Date: 01/13/2021<br><br>*Arresting officer's signature*<br><br>Jonathan R. Welsh Special Agent, FBI<br>*Printed name and title* |